**Brenda WEST–ANDERSON,**
**Plaintiff–Appellant**

v.

**The MISSOURI GAMING COMPANY, doing business as Argosy Casino; Scott Kirby; D.A. Chenoweth, also known as Dale Chenoweth, Defendants–Appellees.**

No. 14–2940.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 18, 2015.

Filed: Feb. 25, 2015.

Brenda West–Anderson, Phoenix, AZ, pro se.

Robert W. Tormohlen, Scott A. Wissel, Lewis, Rice & Fingersh, L.C., Kansas City, MO, for appellees The Missouri Gaming Co., and Scott Kirby.

Douglas Leyshock, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellee Sgt. D. A. Chenoweth.

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Brenda West–Anderson appeals the district court's[1] with-prejudice dismissal, under Federal Rule of Civil Procedure 37, of her 42 U.S.C. § 1983 complaint. Upon careful review, we conclude that the district court's decision did not constitute an abuse of discretion. *See* Fed.R.Civ.P. 37 (setting forth sanctions for failure to make disclosures or to cooperate in discovery); *Sentis Grp., Inc. v. Shell Oil Co.,* 559 F.3d 888, 898–99 (8th Cir.2009) (standard of review); *see also Lindstedt v. City of Granby,* 238 F.3d 933, 937 (8th Cir.2000) (per curiam) (pro se litigant is bound by same litigation rules as lawyer, particularly when fulfilling simple requirements of discovery).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.